IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

TERRANCE JONES,
TEVIN JONES, and LINDA JONES                                    PLAINTIFFS

V.                                          Civil Action No. 4:20cv002-NBB-JMV

CITY OF INDIANOLA, POLICE
CHIEF EDRICK HALL, IN HIS INDIVIDUAL
AND OFFICIAL CAPACITIES, OFFICER
ANTWON WEEKS, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITIES, OFFICER "JOHN"
WINFORD, IN HIS INDIVIDUAL AND OFFICIAL
CAPACITIES, OFFICER "JOHN" ANTONIE,
IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES,
AND OFFICER DANIELLE PARKER, IN HER
INDIVIDUAL AND OFFICIAL CAPACITIES                              DEFENDANTS

_____

**ORDER**
_____

THIS MATTER is before this Honorable Court on Plaintiffs' Motion to Substitute Real Party in Interest, and this Court, having considered the same and noted the agreement of the parties, finds the motion to be well taken, and it is hereby GRANTED.

IT IS, THEREFORE, ORDERED that within three (3) business days of this date, Plaintiffs shall file their Amended Complaint substituting "Officer Deracious Winford" in place of "Officer John Winford" as a Defendant.

**SO ORDERED** this, the 1st day of April, 2020.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**